## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT

I, Thomas Kloock, Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), herein after referred to as Affiant, being duly sworn, do hereby depose and state as follows:

### Affiant's Background and Qualifications

1.  Affiant is a duly sworn Cleveland Police Department Detective and Task Force Officer of the Bureau of Alcohol, Tobacco, Firearms, and Explosives. As such, Affiant is empowered to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 26 of the United States Code that is, a task force officer engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant.

2.  Affiant has been involved and/or the lead investigator in numerous investigations of individuals and/or organizations involved in the illegal possession and trafficking of firearms as well as the illegal distribution of controlled substances. Affiant has conducted and participated in numerous undercover operations, surveillance operations, overt and covert operations, and has become familiar with the methods used by individuals engaged in the illegal possession of firearms and the illegal possession and distribution of controlled substances. Affiant has been the lead investigator and has participated in many criminal investigations involving violations of Ohio firearm and drug laws. Affiant has executed numerous search warrants and arrest warrants related to illegal firearm and/or narcotics investigations.

3.  Your affiant has conducted numerous investigations into illegal weapons possession and usage as well as the illegal possession and distribution of controlled substances through internet platforms to include social media applications like Instagram and Facebook.

1

Your affiant avers that he has been part of and conducted investigations that have utilized the electronic monitoring of social media platforms and publicly accessible information by law enforcement that has led to the arrest and convictions of individuals based upon their behavior and the media posted (photographs, videos, statements, etc.) to social media applications.

4.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

5.  This Affidavit is offered in support of a Criminal Complaints, against John WILLIAMS and John CLOUD set forth below:

a.  **John WILLIAMS**, for the following violations of federal law occurring on or about June 2024 to November of 2025, in the Northern District of Ohio, and Cuyahoga County, namely: Trafficking in firearms, in violation of Title 18, Unites States Code, Section 933(a)(1) and Making a False Statement in the Acquisition of a Firearm, in violation of Title 18, United States Code, Section 924(a)(6).

b.  **John CLOUD**, for the following violation of federal law occurring on or about November 7, 2025, in the Northern District of Ohio, and Cuyahoga County, namely: Felon in possession of a firearm and/or ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

**<u>PROBABLE CAUSE</u>**

6.  Your affiant avers that the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and other law enforcement officials are conducting an investigation into John WILLIAMS and John CLOUD.

2

7.      Based on my training, professional education, and experience, I have learned the following about the distribution of firearms and the methods of operation of individuals involved in illegal firearms trafficking:

a.  Federal Firearm Licensees (FFLs), which are licensed to deal firearms and are regulated by the ATF, are required to have prospective non-licensed and non-permitted firearm purchasers complete ATF Form 4473 (Firearms Transaction Record). The FFL also requires photo identification from each purchaser at the time of transfer. The Firearms Transaction Record requires each purchaser to answer basic biographical questions about him/herself as well as questions about prior criminal convictions and/or conduct that may prohibit their possession of firearms.

b.  Once that information is communicated to the FFL, the FFL then contacts the Federal Bureau of Investigation (FBI) National Instant Check System (NICS) to see if the prospective buyer is prohibited from purchasing or possessing firearms. If the prospective buyer is not prohibited, the firearm is immediately transferred. If there is a question as to their prohibited status, the transfer can be delayed for up to three business days. If the person is clearly prohibited, the firearm transaction is immediately denied. However, if a person within the State of Iowa possesses a valid Weapons Permit or Permit to Concealed Carry, then the NICS check is not conducted, and the firearm is transferred without any verification as to whether the buyer is otherwise prohibited from acquiring firearms.

c.  Individuals who are prohibited from possessing firearms or who unsuccessfully attempt to acquire firearms through FFLs very often pursue illegitimate

3

channels to acquire firearms. I know that these individuals will sometimes utilize "straw" purchasers to obtain firearms. These "straw" purchasers assist prohibited persons with circumventing existing regulations that prevent them from acquiring firearms legitimately. Often times, the straw purchasers may themselves be prohibited from possessing or acquiring firearms but are able to circumvent existing laws and/or regulations through a variety of means, to include having a weapons permit, utilizing gun shows, or making misrepresentations on ATF Form 4473 (Firearms Transaction Record) during the acquisition of firearms.

d. Firearms, when functioned, leave a unique "signature" or "impression" on expelled shell casings or projectiles (bullets). These impressions are now routinely being recorded, documented, and entered into a digitized database that can be used to help investigators track a specific firearm's route of travel, activity the firearm was involved in, and provide investigative leads that may assist in solving crimes. The database is referred to as NIBIN (National Integrated Ballistic Information Network).

e. Firearms that are recovered by law enforcement during the course of their official duties are routinely traced through the ATF as part of their investigations. The tracing data provides investigators with information about who purchased the firearm, where it was purchased, and whether multiple firearms were purchased at the same time. The period from the time a firearm is purchased to when it is recovered and traced by law enforcement is referred to as "time to crime." These time periods are important, as they can provide

4

investigators with important indicators that the firearms are being sold or traded to prohibited persons.

f. Persons engaged in the assembly of firearms made up of parts purchased, often employ common place tools in order to assembly firearms from separately purchased parts.

8. An investigation into John WILLIAMS began in January of 2025 after he was identified as a purchaser of a firearm (Glock 27 .40 Caliber S/N: MCC147) that was recovered during a shooting that occurred at an afterhours gambling location "Showcase Bar and Grill" located at 5015 Turney Rd. Garfield Heights, Ohio 44125. During this incident it was determined that several firearms were on the premises where after hours consumption of alcohol and gambling was occurring. Further test firing of the firearm and entry into the NIBIN database showed that the aforementioned Glock firearm was connected to three other shooting incidents within the City of Cleveland.

9. In reviewing ATF and other records, to include firearms trace reports, documenting the recovery of WILLIAMS purchased firearms, I determined WILLIAMS purchased a number of firearms from several FFLs in the Cuyahoga County area. As described below, at least six firearms purchased by WILLIAMS were eventually traced by the Cleveland Police Department, Ohio Investigative Unit, East Cleveland Police Department, Cleveland Metroparks Police Department, Cleveland Municipal Housing Police Department, and Ohio State Highway Patrol Departments in the possession of underage or otherwise prohibited individuals. WILLIAMS was also found to be the subject of several "Multiple Sale" reports, reported by several FFLs, to include the purchase of twenty-four AR (Anderson Manufacturing AM-15 receivers), some of which were later recovered by law enforcement as fully assembled AR pistols or rifles in the hands of underage or otherwise prohibited individuals, with very short

time of purchase to recovery time. WILLIAMS purchased all the firearms using his Ohio driver's license (TR273397), the same cell phone contact number of (440) 539-6869[1], and the same listed address on his Ohio Driver's license of **1235 E.74th St. Cleveland, OH**. Based on my investigation, investigators believe that WILLIAMS lied on ATF Form 4473 (Firearms Transaction Record) during the acquisition of the firearms, namely that he was the actual transferee/buyer of the firearm listed on the form as well as section (f) where it states; "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medical or recreational purposes in the state where you reside". To which WILLIAMS answered "No". Based on the review of WILLIAMS encounters with Law Enforcement that was determined to be a lie due to the fact that WILLIAMS later admitted to Law Enforcement that he does smoke and possess marijuana; and as set forth herein, WILLIAMS provided false information that he was the actual buyer/transferee of the firearms often recovered from prohibited third-parties.

### WILLIAMS July 26, 2024 firearm purchase

10. On July 26, 2024, WILLIAMS purchased two Anderson Manufacturing AM-15 multi caliber lower receivers, bearing serial numbers 24029511 and 24029636 from Fin Feather Fur Outfitters, 18030 Bagley Rd. Middleburg Heights, Ohio 44130. During this purchase WILLIAMS attested that he was the actual purchaser of the firearms and was living at 1235 E. 74th. Street, Cleveland, Ohio, 44103. Both of these lower receivers were not fully assembled firearms; they were just one of several pieces needed to make it a functioning firearm. Within this same day, a drug trafficker known to investigators (not named herein but referred to as D.R.),

---

[1] Investigators queried phone number 440-539-6869 in a database commonly used by law enforcement, and found to be reliable, and found the phone number service to be provided by Verizon a cell phone provider.

texted a photo of two fully assembled firearms where both aforementioned serial numbers are visible, to two known drug traffickers, Terrence Lanier and Raynell Jefferson. Both Jefferson and Lanier are known to investigators during this time period to have been actively involved in drug trafficking from prior law enforcement encounters and search warrants.  Lanier having prior felony convictions at the time which prohibit him from possessing firearms. Jefferson was actively participating in drug trafficking during this time but did not have prior convictions which prohibited him from possessing them. This shows that WILLIAMS, within hours of the lower receiver purchases, assembled them into a fully functional firearms, and had already disseminated the photos as to offer them for sale that were being circulated to individuals that are otherwise prohibited from possessing or purchasing firearms.

### WILLIAMS August 2, 2024 firearm purchase

11.     On August 2, 2024 WILLIAMS purchased six Anderson Manufacturing AM-15 multi caliber lower receivers, bearing serial numbers 24029533, 24029539, 24029527, 24029514, 24029505, and 24029506 from Fin Feather Fur Outfitters, 18030 Bagley Rd. Middleburg Heights, Ohio 44130. During this purchase WILLIAMS attested that he was the actual purchaser of the firearms and was living at 1235 E. 74th. Street, Cleveland, Ohio, 44103. All of these lower receivers were not a fully assembled firearm; they are just one of several pieces needed to make it a functioning firearm.

### WILLIAMS August 6, 2024 Multiple sale firearm purchase

12.     On August 6, 2024 WILLIAMS purchased six Anderson Manufacturing AM-15 multi caliber lower receivers, bearing serial numbers 24029544, 24029546, 24029548, 24029550, 24029515, and 24029509. As well as a Smith and Wesson SD9, 9mm Pistol, bearing serial number; FEK5662 and a Taurus G3C, 9mm Pistol, bearing serial number; AEM946107 from Fin Feather Fur Outfitters, 18030 Bagley Rd. Middleburg Heights, Ohio 44130. During this

7

purchase WILLIAMS attested that he was the actual purchaser of the firearms and was living at 1235 E. 74th. Street, Cleveland, Ohio, 44103. All of these lower receivers were not a fully assembled firearm; they are just one of several pieces needed to make it a functioning firearm. Due to WILLIAMS purchasing more than one firearm, the aforementioned FFL reported this a Multiple Sale to the ATF.

13.     On October 30, 2024 (89 & 85 days after WILLIAMS purchases) the Anderson Manufacturing AM-15 multi caliber bearing serial number 24029514, and Anderson Manufacturing AM-15 multi caliber bearing serial number 24029546 were recovered as fully assembled AR pistol style firearms, by Ohio State Highway Patrol after a vehicle pursuit where the occupants bailed from the vehicle and were apprehended after fleeing in a home located at 3346 Washington Blvd. Cleveland Hts, Ohio. Both firearms were found to have partially defaced serial numbers which were able to be identified and restored. Both firearms were also found to function properly. Ray-Kwon PATTERSON and Jayden THOMAS were found to be the possessors of the firearms and at the time of the incident were both under the age of 21 years old making it illegal for both individuals to possess the firearms.

**WILLIAMS August 21, 2024 firearm purchase**

14.     On August 21, 2024 WILLIAMS purchased ten Anderson Manufacturing AM-15 multi caliber lower receivers, bearing serial numbers 24029541, 24029535, 24029536, 24029537, 24029523, 24029524, 24029517, 24029507, 24029510, and 24029895. from Fin Feather Fur Outfitters, 18030 Bagley Rd. Middleburg Heights, Ohio 44130. During this purchase WILLIAMS attested that he was the actual purchaser of the firearms and was living at 1235 E. 74th. Street, Cleveland, Ohio, 44103.  All of these lower receivers were not a fully assembled firearm; they are just one of several pieces needed to make it a functioning firearm.

**WILLIAMS April 4, 2025 firearm purchase**

15.     On April 4, 2025 WILLIAMS purchased a Anderson Manufacturing AM-15 multi caliber lower receiver, bearing serial number 24028860 from Fin Feather Fur Outfitters, 18030 Bagley Rd. Middleburg Heights, Ohio 44130. During this purchase WILLIAMS attested that he was the actual purchaser of the firearms and was living at 1235 E. 74th. Street, Cleveland, Ohio, 44103. The lower receiver was not a fully assembled firearm; it is just one of several pieces needed to make it a functioning firearm.

**WILLIAMS July 2, 2025 firearm purchase**

16.     On July 2, 2025 WILLIAMS purchased two Anderson Manufacturing AM-15 multi caliber lower receivers, bearing serial numbers 24177926 and 24177794 from Fin Feather Fur Outfitters, 18030 Bagley Rd. Middleburg Heights, Ohio 44130. During this purchase WILLIAMS attested that he was the actual purchaser of the firearms and was living at 1235 E. 74th. Street, Cleveland, Ohio, 44103. All of these lower receivers were not a fully assembled firearm; they are just one of several pieces needed to make it a functioning firearm.

**WILLIAMS July 10, 2025 firearm purchase**

17.     On July 10, 2025 WILLIAMS purchased eight Anderson Manufacturing AM-15 multi caliber lower receivers, bearing serial numbers 24177917, 24177914, 24177775, 24177790, 24177788, 24177786, 24177799, and 24177800 from Fin Feather Fur Outfitters, 18030 Bagley Rd. Middleburg Heights, Ohio 44130. During this purchase WILLIAMS attested that he was the actual purchaser of the firearms and was living at 1235 E. 74th. Street, Cleveland, Ohio, 44103. All of these lower receivers were not a fully assembled firearm; they are just one of several pieces needed to make it a functioning firearm.

18.     On September 11, 2025 (63 days after WILLIAMS purchase) the Anderson Manufacturing AM-15 multi caliber firearm bearing serial number 24177917 was recovered as a

fully assembled AR pistol style firearm, by Ohio State Highway Patrol after a vehicle pursuit of a stolen vehicle where the occupants bailed from the vehicle and were apprehended after fleeing on foot in the area of E.79th St. and Grand Ave. Cleveland, Ohio. Rashad McKinely, Jr. was found to be the possessor of the firearm which was located in a backpack with his State of Ohio ID. McKinley, Jr. is under the age of 21 years old making it illegal for him to possess the firearm.

### WILLIAMS September 10, 2025 encounter with Law Enforcement

19.     On September 10, 2025, Cleveland Police Officers conducted a traffic stop at W.100th St. and Lorain Ave. Cleveland, Ohio, on WILLIAMS for a traffic violation. WILLIAMS was driving his 2011 Audi Q5 which at the time had expired license plates. Upon officers' approach they advised WILLIAMS their reason for the traffic stop and asked WILLIAMS if there were any firearms or drugs in the vehicle at which time WILLIAMS replied "No." While speaking with WILLIAMS officers noticed the handle of a firearm protruding from a backpack in the backseat of the vehicle. Due to this, officers had WILLIAMS step out of the vehicle where he was briefly detained and asked again about any firearms or anything illegal being in the vehicle at which time he again said "no," but that he smokes weed and that he had weed in the car. Due to the expired license plates WILLIAMS vehicle was inventoried incident to tow during which time officers located the lower receiver for a firearm in a backpack which also contained multiple bags of marijuana in it. As they continued their inventory, they also located a Franklin Armory, .762 caliber rifle, bearing serial number R-12772, with a loaded magazine inserted in it, in the trunk of his vehicle. WILLIAMS was advised of his Miranda Rights and then questioned about the marijuana and firearm located in the trunk of his vehicle. WILLIAMS again stated several times that he smokes weed. He also stated that he forgot about the firearm in the trunk but stated that he built it and that he was going to "gun smith school."  Due to the presence of

10

marijuana and WILLIAMS failing to notify officers of the firearm, it was seized pending further investigation.

20. A firearms trace was conducted on the Franklin, .762 caliber rifle bearing serial number R-12772 possessed by WILLIAMS. It was found WILLIAMS purchased the Franklin Armory lower receiver only from Parma Gun Shop located a 5907 State Rd. Parma, Ohio on January 5, 2024, further demonstrating WILLIAMS knowledge and ability to assemble firearms. This also supports WILLIAMS admission to "building" the firearm as he stated on scene to officers during the confiscation of the firearm.

### Records Check

21. A driver's license check was conducted on WILLIAMS. On July 17th, 2024 WILLIAMS listed 1235 E. 74th. Street, Cleveland, Ohio, 44103 as his home address for his driver's license. WILLIAMS also listed 1235 E. 74th. Street, Cleveland, Ohio, 44103 as his home address for the vehicles registered to him, to include a vehicle he just purchased on October 29, 2025.

**November 7, 2025, Execution of Search Warrant at 1235 E. 74th St., Cleveland, Ohio**

22. On November 6, 2025, investigators obtained a search warrant authorizing the search of 1235 E. 74th. Street, Cleveland, Ohio, 44103, for evidence of violations pertaining to 18 U.S.C. 922(a)(6) (False statement intended or likely to deceive a firearms dealer).

23. On Friday, November 7th, 2025, at approximately 6:15 AM, Agents and Task Force Officers assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives, as well as Cleveland Police detectives assigned to the Crime Gun Intelligence Center (CGIC) Task Force, executed a Federal search warrant at 1235 E.74th St. Cleveland, OH. John WILLIAMS and John CLOUD were present at the residence. During the initial questioning of CLOUD we asked him

11

which bedroom he occupied in the home and he stated to us that he stayed in the upstairs bedroom

on the 2nd floor of the residence. CLOUD confirmed the location of this room by also identifying his cell phones which were on the bed in this room. This was later referred to as "Room #10" on the ATF search warrant inventory log.

24. Within CLOUD's bedroom investigators located a Black Rain Ordnance Inc Spec 15 multi caliber rifle S/N: SX005464 and a Glock 30 .45 cal handgun S/N: BRUK121 under CLOUD's bed. As well as additional firearms accessories, magazines, and ammunition. During CLOUD's *Mirandized* interview he admitted that both firearms located under his bed were his and that he was a convicted felon, including prior Federal convictions, therefore prohibiting his from possessing firearms.

25. During the initial questioning of WILLIAMS we asked him what he did for work, and where he stayed in the home. WILLIAMS stated he stayed in the 1st floor bedroom located just off the dining room on the main floor of the house. WILLIAMS stated that he was currently enrolled in a online "Armorer course" to become a Armorer for the past six to eight months. WILLIAMS also stated he works on cars for income.  This was later referred to as "Room #3" on the ATF search warrant inventory log.

26. Within WILLIAMS bedroom investigators located WILLIAMS cell phones, an Anderson Manufacturing AM-15 lower receiver S/N: 24177788, gun accessories, and a Glock full auto conversion manual. Within WILLIAMS vehicle investigators also located a toolbox with multiple gun accessories, tools for manufacturing firearms, and receipts of firearms purchases WILLIAMS made.

27. During WILLIAMS's *Mirandized* interview, investigators asked WILLIAMS various questions about his firearms purchases and recoveries of the firearms he purchased that

12

were recovered during the arrest of other individuals.  We then asked WILLIAMS if he builds guns and how many had he purchased. WILLIAMS stated that he does builds guns but that he only had purchased maybe two fully assembled guns over the past few years.  WILLIAMS expressed that he was familiar with the paperwork that was required and filled out to purchase and transfer firearms and that he would always document any sales of firearms he made on paper and by means of a photo on his phone of the person's ID etc. WILLIAMS went on to state that he got a new phone so he did not have any records of the sales. I then told WILLIAMS there were not any paper documents located during the search of the home that showed any sales, but that we did locate all the receipts of his purchases from various FFL's where WILLIAMS purchased lower receivers and additional firearms and firearms parts.

28.     WILLIAMS was asked how many lower receivers he had purchased in the past couple of years to which he replied he couldn't remember maybe a couple. We then brought up the fact that we had records showing he purchased approximately over 30 lower receivers. WILLIAMS stated that a few months ago someone had "ransacked" his vehicle in the driveway and that a box of lower receivers and car parts were taken. I asked him if he ever made a police report because the lower receivers are considered a firearm due to them being serialized and he stated that he did not. We then told WILLIAMS that a lot of the firearms he had purchased were recovered in a very short time of his purchase. WILLIAMS acknowledged this but stated that he went about it the right way and would take photos of the purchaser's ID's but did not have records of them because he got a new phone. We asked WILLIAMS about where all of the lower receivers were located since we only located one lower receiver during the search of his home and how many he has built to sell. WILLIAMS responded, "I build them, the ones I do sell I keep records."  Even though this was stated by WILLIAMS he still could not provide any physical or digital evidence to show that.

13

29.     WILLIAMS was then asked about the firearms located in his father, John CLOUD's room. We told him CLOUD stated to us that some guns belonged to him and some WILLIAMS throughout the house. WILLIAMS stated that was true. We then asked WILLIAMS if he bought the Glock or Rifle in CLOUD's room. WILLIAMS stated he didn't know and that we should ask CLOUD. Following this interview we did request a trace of the rifle located in CLOUD's room (Black Rain Ordnance S/N: SX005464) and found that WILLIAMS did in fact purchase it approximately a year before our recovery of it during the search warrant.

30.     We then went on to ask WILLIAMS about marijuana and his use of it due to it not being permitted under the ATF Form 4473 firearm purchase paperwork that he filled out multiple times for all of his purchases that he expressed he was familiar with. WILLIAMS stated the following in regards to marijuana: "That gets smoked, I'm a big smoker, smoke weed every day. I couldn't sell weed I would smoke all of it." We explained to him that you cannot be a habitual user or addicted to marijuana or any other controlled substance and that it is clearly stated on the ATF Form 4473. WILLIAMS responded, "I can use it, I just can't use it with the gun, while I have it."  We again explained that was false and then asked about how some of the firearms he purchased were recovered within a month or so of them being bought, and in one instance the lower receiver being bought, built out into a full firearm, presented of sale in a text message. WILLIAMS responded, "that's possible, I can't deny it.  I don't have a store front, I'm going to school for it, I know the law, when I was selling them, I didn't think I was breaking the law.  If I know the person is all the way legal to purchase a firearm. I'm basically a private seller."  We explained to WILLIAMS that he should know the difference of unlawful dealing without a license is and a private seller. WILLIAMS responded, "I'm telling y'all, I've sold them but I have nothing to do with them after that and what they do with them."

14

31.     Investigators then reviewed the content of WILLIAMS cell phones after the conclusion of the residential search warrant and interview with WILLIAMS.

32.     Between June 2024 until November of 2025 investigators observed multiple conversations on WILLIAMS phone where he is offers multiple firearms for sale to a variety of individuals. In these conversations WILLIAMS sends photos of the firearms out with prices and has other individuals reach out to people they know to see if they are interested in purchasing them. On one occasion WILLIAMS sends a photo of a Glock handgun with a machine gun conversion device (MCD) attached to it for sale.  WILLIAMS and the other individual discuss the sales and trading of marijuana along with US currency for the purchase of the firearm. Conversations continue to include photos of several more firearms for sale to include the lower receiver of the firearm being purchased and built out and presented for sale within the same day.

33.     Investigators reviewed the purchase dates of over thirty lower receivers between July 2024 to July of 2025, completed by WILLIAMS and compared the purchase dates of these firearms and found them to coincide very closely with the dates WILLIAMS is having discussions with multiple individuals of selling these firearms. In some conversation these individuals would tell WILLIAMS they "need" a certain caliber firearm.

34.     During the months of June and July 2024, D.R. also engaged in text conversations with WILLIAMS about suspected firearms asking Williams to "send pics," and texting "I need a 9 and 11," "you got some more for my people."  On at least two occasions, on June 17, 2024 and July 26, 2024, photos of firearms purchased by WILLIAMS were texted and presented for sale by D.R. to multiple individuals known to be drug traffickers.

35.     TFO Kloock was advised by ATF Special Agent/Interstate Nexus expert Stephen McGrath that the Glock 30 .45 cal handgun S/N: BRUK121 possessed by CLOUD and the multiple Anderson Manufacturing AM-15 lower receiver's bearing serial numbers 24029544, 24029546,

15

24029548, 24029550, 24029515, and 24029509 purchased by WILLIAMS were not manufactured in the State of Ohio and thus traveled in interstate commerce.

36. As part of this investigation, Affiant has conducted research as to the criminal history of John CLOUD, and found that CLOUD, disabled from possessing firearms, based on a review of court docket information, to include:

- Case Number CR-95-321280, Drug Trafficking, a felony of the third degree, on or about August 29, 1995, in the Court of Common Pleas, Cuyahoga County, Ohio;

- Case Number CR-93-300751, Drug Trafficking, a felony of the third degree, on or about October 29, 1993, in the Court of Common Pleas, Cuyahoga County, Ohio;

- Case Number CR-08-506301, Drug Trafficking, a felony of the third degree, on or about June 9, 2008, in the Court of Common Pleas, Cuyahoga County, Ohio.

37. Under Ohio law, the applicable above reference offenses are punishable by a term of incarceration of a period of greater than one year.

### CONCLUSION

38. Based on the foregoing, your Affiant submits that there is probable cause to believe that:

a. On or about June 2024 to November of 2025 in the Northern District of Ohio, in Cuyahoga County, Ohio, Defendant John WILLIAMS violated federal law, namely: Trafficking in firearms, in violation of Title 18, Unites States Code, Section 933(a)(1) and (a)(3) and Making a False Statement in the Acquisition of a Firearm, in violation of Title 18, United States Code, Section 924(a)(6).

b. On or about November 7, 2025, in the Northern District of Ohio and

Cuyahoga County, Defendant John CLOUD violated federal law, namely:

Felon in possession of firearm and/or ammunition, in violation of Title 18,

United States Code, Section 922(g)(1).

39.     Therefore, Affiant requests authorization for the attached Complaints and Arrest

Warrants for John WILLIAMS and John CLOUD.

Respectfully submitted,

Thomas Kloock
Task Force Officer
Bureau of Alcohol, Tobacco, and Firearms

Sworn to via FaceTime after submission by
reliable electronic means. Crim.Rules 4.1;
41(d)(3) this 20th day of May, 2026.

James E. Grimes Jr., United States Magistrate Judge